**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Arm-Food, Inc.,** | ) | **CASE NO. 1:06 CV 1482** |
| | ) | |
| **Appellant,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Saul Eisen, United States Trustee, Region 9,** | ) | **Order of Dismissal** |
| | ) | |
| **Appellee.** | ) | |

This matter is before the Court upon Motion of the United States Trustee to Dismiss Appeal (Doc. 17). The motion is UNOPPOSED and GRANTED for the reasons stated therein. Accordingly, the above-captioned appeal of the Bankruptcy Court Order converting the Chapter 11 proceeding of Arm-Food, Inc. to a Chapter 7 proceeding is hereby dismissed.

IT IS SO ORDERED.

 /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 9/7/06